UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| INTERMOUNTAIN FAIR HOUSING COUNCIL, JANENE COWLES, and RICHARD CHINN, | ) ) ) | CASE NO. CV-08-205-S-EJL |
| | ) | JUDGMENT |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| BOISE RESCUE MISSION MINISTRIES and BOISE RESCUE MISSION, INC., | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

Based upon this Court's Memorandum Order, entered herewith, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs take nothing from the Defendants and this case is **DISMISSED IN ITS ENTIRETY**.

DATED: **September 10, 2009**

Honorable Edward J. Lodge
U. S. District Judge